IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAURA BURKS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action: 1:20-CV-0069-KD-C |
| | * | |
| **COASTAL ALABAMA COMMUNITY** | * | |
| **COLLEGE,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF SERVICE

COMES NOW, Plaintiff Laura Burks, by and through undersigned counsel, and gives Notice of Service of Discovery as following:

Notice of Deposition for Linda Caldwell on November 17, 2020;

Notice of Deposition for Michelle Dexter Sylvester on November 19, 2020.

**Done** this 29th day of October 2020.

Respectfully submitted,

/s/ Thomas M. Loper
Thomas M. Loper
ASB #: 8947-O57L

LOPER LAW LLC
452 Government Street, Suite E
Mobile, AL 36602
Phone: (251) 288-8308
tloper@loperlawllc.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October 2020, the foregoing notice was served on the following via electronic mail/ and or U.S. Mail:

Windy Bitzer, Esq.
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL 36601
Phone: (251) 432-5511
wbitzer@handfirm.com

Roger Bates, Esq.
Tracy Davis, Esq.
HAND ARENDALL HARRISON SALE LLC
1801 5th Ave. North, Suite 400
Birmingham, AL 35203
Phone: (205) 324-4400
rbates@handfirm.com
tdavis@handfirm.com

/s/ Thomas M. Loper
Attorney for Plaintiff