## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **LAURA BURKS,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO.:** |
| | * | **1:20-CV-69-KD-C** |
| **COASTAL ALABAMA COMMUNITY COLLEGE,** | * | |
| | * | |
| **Defendant.** | * | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action should be dismissed <u>with prejudice</u>, with each party to bear her/its own attorneys' fees, costs, and expenses.  The parties request that the Court approve this stipulation and close the case.

Dated: November 19, 2020.

Respectfully submitted,

<table>
<tr>
<td>

<u>/s/Thomas M. Loper, by consent[1]</u>
THOMAS M. LOPER, ESQ.
Loper Law LLC
452 Government Street, Suite E
Mobile, AL  36602
tloper@loperlawllc.com
*Attorney for Plaintiff Laura Burks*

</td>
<td>

<u>/s/ Windy C. Bitzer</u>
WINDY C. BITZER (BIT005)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
wbitzer@handfirm.com

ROGER L. BATES (BAT006)
*Deputy Attorney General*
TRACY R. DAVIS (DAV149)
HAND ARENDALL HARRISON SALE LLC
1801 5th Ave. North, Suite 400
Birmingham, Alabama 35203
rbates@handfirm.com
tdavis@handfirm.com
*Attorneys for Defendant Coastal Alabama Community College*

</td>
</tr>
</table>

---

[1] Windy Bitzer represents that she received Thomas M. Loper's express consent to file this document containing his electronic signature.

1